# United States Navy–Marine Corps Court of Criminal Appeals

**UNITED STATES**

*Appellee*

v.

**Keshawn M. BOCAGE**
**Aviation Electrician's Mate Airman Recruit (E-1)**
**U.S. Navy**

*Appellant*

NMCCA No. 202000206

**Panel 3**

**ORDER**

*Reconsidering Opinion*

In accordance with Navy-Marine Corps Court of Criminal Appeals Rule of Appellate Procedure 31(a), it is, by the Court, this 1st day of February 2022,

**ORDERED:**

That the Court's 31 January 2022 decision is hereby **WITHDRAWN**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
45 (CAPT Belsky); 46 (LT Martino); 02